**No. 11-6038. Jesse Lee Carter, Petitioner v. Hugh K. Campbell.**

565 U.S. 1102, 132 S. Ct. 871, 181 L. Ed. 2d 569, 2011 U.S. LEXIS 8860.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 982, 132 S. Ct. 506, 181 L. Ed. 2d 357, 2011 U.S. LEXIS 7854.

**No. 11-6048. Frankie L. Smith, Petitioner v. United States.**

565 U.S. 1102, 132 S. Ct. 871, 181 L. Ed. 2d 569, 2011 U.S. LEXIS 8901.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 927, 132 S. Ct. 363, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 7128.

**No. 11-6116. Michael A. Singleton, Petitioner v. Ten Unidentified United States Marshals.**

565 U.S. 1102, 132 S. Ct. 871, 181 L. Ed. 2d 569, 2011 U.S. LEXIS 9013.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 985, 132 S. Ct. 513, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7885.

**No. 11-6121. Rodney Edrice Gunn Ash, Petitioner v. Joseph Nish, et al.**

565 U.S. 1102, 132 S. Ct. 872, 181 L. Ed. 2d 569, 2011 U.S. LEXIS 8947.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 968, 132 S. Ct. 464, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7553.

**No. 11-5101. William Keisling, Petitioner v. Richard K. Renn, et al.**

565 U.S. 1102, 132 S. Ct. 872, 181 L. Ed. 2d 569, 2011 U.S. LEXIS 8936.

December 12, 2011. Petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 934, 132 S. Ct. 383, 181 L. Ed. 2d 241, 2011 U.S. LEXIS 6444.

**No. 11-5663. Alexander Samuel, Petitioner v. Michael Bloomberg, Mayor, City of New York, New York, et al.**

565 U.S. 1102, 132 S. Ct. 872, 181 L. Ed. 2d 569, 2011 U.S. LEXIS 8890.

December 12, 2011. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 960, 132 S. Ct. 408, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7192.